```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

<u>United States</u>

    v                                              Civil No. 09-cv-332-LM

<u>Kenneth C. Isaacson</u>

### **O R D E R**

On July 19, 2010, a hearing was scheduled to address Assented-to Motion for Expedited Hearing to Resolve Interpleader Issues (Document no. 35).  Before the scheduled hearing, and while in conference with the court, the parties agreed to discuss the possibility of resolving the matter by stipulation.

Present for the parties' discussion were: Attorney Andrea Kafka for the plaintiff; Attorneys Robert Shaines and Alec McEachern for defendants Kenneth Isaacson, Hazel Isaacson, and Barbara Callahan; Attorney Mary Ganz for defendant Cambridge Trust Co.; Attorneys Finis Williams and Bradford Kuster for themselves as intervenors; and Attorney Gary Burt for intervenor plaintiffs Henry W. Clark and Diamond State Insurance.

As a result of this discussion, the parties concluded that they will likely be able to resolve by stipulation the issues

raised in Document no. 35.  Accordingly, the parties shall file with the court said stipulation on or before Tuesday, July 27, 2010.

In the event the parties are unable to finalize said stipulation as anticipated, the parties shall notify the court of that fact on or before July 27, 2010.  In such event, and as explained to the parties at the conference, the court will then schedule the matter for an immediate hearing which will occur during the latter part of the week of July 27, 2010.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: July 20, 2010

cc:  Gary M. Burt, Esq.
     Mary K. Ganz, Esq.
     Andrea A. Kafka, Esq.
     Bradford W. Kuster, Esq.
     Alec L. McEachern, Esq.
     Robert A. Shaines, Esq.