UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United States of America

          v.                          Civil No. 09-cv-332-LM

Kenneth C. Isaacson, et al.


O R D E R

     The parties have notified the court that they have been unable to resolve by stipulation the issues raised in Document no. 35.  On July 27, 2010, plaintiff filed a Status Report (document no. 44) in which it asserts that the court does not have the authority to release the interplead funds.  Prior to scheduling any further hearing on Document no. 35, the court orders defendants to file a response to Document no. 44 on or before August 10, 2010.  The court will defer issuing any scheduling orders or making further decisions until it has a chance to review defendants' pleading.

     SO ORDERED.


                                   _____
                                   Landya B. McCafferty
                                   United States Magistrate Judge

July 28, 2010
cc:  Gary M. Burt, Esq.
     Mary K. Ganz, Esq.
     Andrea K. Kakfa, Esq.
     Bradford W. Kuster, Esq.
     Alec L. McEachern, Esq.
     Robert A. Shaines, Esq.