```
           UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                                  Civil No. 09-cv-332-LM

<u>Kenneth Isaacson, et al.</u>

<u>O R D E R</u>

     Intervenors Finis E. Williams III and Brad Kuster move for approval of attorneys' fees under 26 U.S.C. § 6323(b)(8). The government filed a response, contending that the intervenors failed to provide sufficient information to support their request for fees. The intervenors now move for leave to file a reply in which they provide additional information and argument in support of their request for an award of fees. The intervenors represent that the government does not object to the motion for leave to file a reply.

     The intervenors' proposed reply provides new information not submitted in support of its motion for approval of attorneys' fees. For that reason, the government will be provided an opportunity to respond to the reply as is provided below.

## Conclusion

The intervenors' motion for leave to file a reply (document no. 53) is granted.  The government shall file its response to the reply **on or before September 15, 2010.**

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

August 30, 2010

cc:   Andrea A. Kafka, Esq.
      Alec L. McEachern, Esq.
      Gary M. Burt, Esq.
      Mary K. Ganz, Esq.
      Bradford W. Kuster, Esq.
      Robert A. Shaines, Esq.