UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.                              Civil No. 09-cv-332-LM

Kenneth C. Isaacson, et al.

**O R D E R**

Before the court is the motion of intervenors Williams and Kuster for an order (1) placing under seal all documents filed without seal in this case that reference the dollar amount of a certain probate settlement (or reference information from which the dollar amount can be inferred) and (2) specifying that all future documents that contain such references be filed under seal. (Doc. No. 50). The government has filed its objection to the motion. (Doc. No. 54).

The court has reviewed the written arguments. The parties are ordered to appear before the court for oral argument on the motion on September 27, 2010, at 11 a.m. Though the case was dismissed as to intervenors Henry Clark and Diamond State Insurance upon their deposit of the interpleaded funds with the court (Doc. No. 43), their counsel are permitted to appear and participate in oral argument if counsel deems it necessary.

In light of the public's interest in the resolution of claims for the recovery of public tax monies, the parties should

be prepared to discuss whether the facts of this case establish

a compelling reason to preclude public access to information

about the dollar amount of the interpleaded settlement funds.

See FTC v. Standard Fin. Mgmt. Corp., 830 F. 2d 404, 408-12 (1st

Cir. 1987).  The parties advocating for the sealing of documents

should be prepared to discuss what harms will or may arise

should the dollar amount of the settlement funds be made public.

    SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: September 20, 2010

cc:  Gary M. Burt, Esq.
     Mary K. Ganz, Esq.
     Andrea A. Kafka, Esq.
     Bradford W. Kuster, Esq.
     Alec L. McEachern, Esq.
     Robert A. Shaines, Esq.
     Kenneth C. Isaacson, pro se