```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>United States</u>

    v.                                Civil No. 09-cv-332-LM

<u>Kenneth C. Isaacson</u>

<u>O R D E R</u>

Before the court are attorneys Robert Shaines's and Alec McEachern's Motion for <u>In Camera</u> Review (Doc. No. 73) and Motion to Seal (Doc. No. 76).

For the reasons stated in the Motion for <u>In Camera</u> Review (Doc. No. 73) and supporting memorandum of law, the court grants the motion in part, and holds in abeyance, pending *in camera* review, its ruling on the motion's request for a finding that defendant Kenneth Isaacson has waived the attorney-client privilege with respect to the reasons underlying counsel's Motion to Withdraw (Doc. No. 59). The court finds that a review of the materials may reveal evidence that Mr. Isaacson has waived the attorney-client privilege.

Because the Motion to Seal (Doc. No. 76) relates to the communications which are the subject of the Motion for In Camera

Review, the court also grants that motion and orders that the documents be sealed at Level II.

    SO ORDERED.

                                            _____
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Dated:  October 21, 2010

cc:  Gary M. Burt, Esq.
     Mary K. Ganz, Esq.
     Andrea A. Kafka, Esq.
     Bradford W. Kuster, Esq.
     Alec L. McEachern, Esq.
     Robert A. Shaines, Esq.
     Kenneth C. Isaacson, Esq.