UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                                Civil No. 09-cv-332-LM

Kenneth C. Isaacson

**O R D E R**

The court grants the motion of the intervenor plaintiffs, Finis E. Williams, III, Esq., and Bradford Kuster, Esq., for approval of attorneys' fees (doc. no. 39) for the reasons stated in the motion and in the movants' reply brief (doc. no. 57). The court hereby orders disbursement of $600,000.00 from the interpleader funds to Williams and Kuster.

    **SO ORDERED.**

                                                    _____
                                                    Landya B. McCafferty
                                                    United States Magistrate Judge

Date: November 9, 2010

cc:  Gary M. Burt, Esq.
     Mary K. Ganz, Esq.
     Andrea A. Kafka, Esq.
     David M. Klemm, Esq.
     Bradford W. Kuster, Esq.
     Alec L. McEachern, Esq.
     Robert A. Shaines, Esq.
     Kenneth C. Isaacson, pro se