**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                                  Civil No. 09-cv-332-LM

<u>Kenneth C. Isaacson, et al.</u>

ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.  The case shall be assigned to another judge.

                                                _____
                                                Landya B. McCafferty
                                                United States Magistrate Judge

Date:  November 22, 2010

Cc:   Gary M. Burt, Esq.
      Mary K. Ganz, Esq.
      Andrea A. Kafka, Esq.
      David M. Klemm, Esq.
      Bradford W. Kuster, Esq.
      Alec L. McEachern, Esq.
      Pater G. McGrath, Esq.
      Robert A. Shaines, Esq.
      Kenneth C. Isaacson, pro se