UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                      Civil No. 09-cv-332-JL

Kenneth C. Isaacson, et al.

**O R D E R**

The undersigned judge was assigned this case after Judge McCafferty's recusal. In order to alleviate some of the difficulty the court is having in familiarizing itself with the litigation, the court will hold a status conference in chambers on **March 18, 2011 at 2:00 p.m.** As the absence of counsel is contributing to the court's difficulties, all previous orders granting motions to withdraw by counsel are hereby VACATED, without prejudice,[1] for the limited purpose of conducting the status conference. No record will be made of the conference unless requested by a party. Counsel may, but are not ordered

---

[1] #27 - Notice of Attorney Withdrawal by Edward DeFranceschi; #28 - Notice of Attorney Withdrawal by James Everett; #29 - Notice of Attorney Withdrawal by David M. Klemm; #30 - Notice of Attorney Withdrawal by Marc W. McDonald; #80 Order granting #59 - Partially Assented to Motion for Robert A. Shaines and Alec L. McEachern to Withdraw as Attorney; #81 - Notice of Attorney Withdrawal by Robert A. Shaines; #82 - Notice of Attorney Withdrawal by Alec L. McEachern; #89 - Notice of Attorney Withdrawal by Bradford W. Kuster; 1/13/11 Endorsed Order granting #92 - Assented to Motion to Withdraw as counsel for Trustee (Peter McGrath); and #93 - Notice of Withdrawal (Peter McGrath).

to, submit any filing they wish to apprise the court of the status of this case or the status of counsel if they so desire.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  February 15, 2011

cc:   Andrea A. Kafka, Esq.
      Gary M. Burt, Esq.
      Kenneth C. Isaacson, pro se
      Alec L. McEachern, Esq. (terminated)
      Robert A. Shaines, Esq.
      Edward DeFranceschi, Esq.
      James Everett, Esq.
      Marc W. McDonald, Esq.
      Peter G. McGrath, Esq.
      David M. Klemm, Esq.
      Mary K. Ganz, Esq.
      Bradford W. Kuster, Esq.