UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                      Civil No. 09-cv-332-JL

<u>Kenneth C. Isaacson, et al.</u>

### **O R D E R**

After today's chambers conference, the court's February 15, 2011 order (doc. no. 94) vacating prior attorney withdrawals is vacated; counsel are returned to pre-order status. As the DeFranceschi Law Firm has re-entered the case on behalf of the defendants, the November 24, 2010 order granting it intervenor status is hereby vacated based on its consent as expressed by Attorneys DeFranceschi and Everett during the chambers conference.

The parties will file a new litigation schedule and discovery plan on or before **April 1, 2011**.

Finally, the court assumes that the motion to dismiss (doc. no. 62) is moot and will deny the motion as such unless defendants' counsel informs the court otherwise, no later than **April 1, 2011**.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  March 18, 2011

cc:   Andrea A. Kafka, Esq.
      Gary M. Burt, Esq.
      Kenneth C. Isaacson, pro se
      Alec L. McEachern, Esq. (terminated)
      Robert A. Shaines, Esq.
      Edward DeFranceschi, Esq.
      James Everett, Esq.
      Marc W. McDonald, Esq.
      Peter G. McGrath, Esq.
      David M. Klemm, Esq.
      Mary K. Ganz, Esq.
      Bradford W. Kuster, Esq.