US DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

APR 20 2010

**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 1:09-cv-00332-JL |
| Plaintiff, | ) | Judge Joseph N. Laplante |
| v. | ) | |
| KENNETH C. ISAACSON,<br>f/k/a KENNETH R. BASSETT,<br>HAZEL M. ISAACSON,<br>ROBERTA DOHENY AS TRUSTEE OF<br>THE KENNETH R. BASSETT TRUST, and<br>CAMBRIDGE TRUST CO., | ) | |
| Defendants. | ) | |

**ORDER**

The plaintiff, the United States of America, and the Defendants Kenneth Isaacson, Hazel Isaacson, Roberta Doheny, and the Cambridge Trust Company, having agreed and stipulated that $8,916.25 should be released from the Court's registry and a check issued to:

>Town of Rye
>Attention: Elizabeth Yeaton
>Tax Collector, Rye
>10 Central Road
>Rye, New Hampshire 03870

The check should reference the following information:

>Property Owner:        The Kenneth R. Bassett Trust of 1996
>Property Description: 48 Random Road, Rye
>Acreage:                    13.46 acres
>Map/Block/Lot No:    010-030
>Account number 007169.

**IT IS SO ORDERED:**

4/20/11
DATE

_____
United States District Judge

-1-