IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 1:09-cv-00332-JL |
| | ) | |
| Plaintiff, | ) | Judge Joseph N. Laplante |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH C. ISAACSON, | ) | |
| f/k/a KENNETH R. BASSETT, | ) | |
| HAZEL M. ISAACSON, | ) | |
| ROBERTA DOHENY AS TRUSTEE OF | ) | |
| THE KENNETH R. BASSETT TRUST, and | ) | |
| CAMBRIDGE TRUST CO., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The plaintiff, the United States of America, and the Defendants Kenneth Isaacson, Hazel Isaacson, Roberta Doheny, and the Cambridge Trust Company, having agreed and stipulated to the entry of this order and the Court having considered the premises, it is hereby

ORDERED that $9,023.82 should be released from the Court's registry in the form of a check issued to "Town of Rye" and sent to:

> Town of Rye
> Attention: Elizabeth Yeaton
> Tax Collector, Rye
> 10 Central Road
> Rye, New Hampshire 03870

The check should reference the following information in an accompanying note and should include the folowing account number on the face of the check:

> Property Owner:        The Kenneth R. Bassett Trust of 1996
> Property Description: 48 Random Road, Rye
> Acreage:               13.46 acres
> Map/Block/Lot No:     010-030
> Account number        007169.

-1-

-2-

IT IS FURTHER ORDERED that $8,950.00 should be released from the Court's registry in the form of a check issued to "Sunset Builder" and sent to:

> Sunset Builders
> Attention: Rick Martin
> President
> 230 Beard Road
> New Boston, New Hampshire 03070

**IT IS SO ORDERED:**

_2/28/12_
DATE

_____
United States District Judge