IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 1:09-cv-00332-JL |
| ) | |
| Plaintiff, ) | Judge Joseph N. Laplante |
| ) | |
| v. ) | |
| ) | |
| KENNETH C. ISAACSON, ) | |
| f/k/a KENNETH R. BASSETT, ) | |
| HAZEL M. ISAACSON, ) | |
| ROBERTA DOHENY AS TRUSTEE OF ) | |
| THE KENNETH R. BASSETT TRUST, and ) | |
| CAMBRIDGE TRUST CO., ) | |
| ) | |
| Defendants. ) | |

**ORDER TO RELEASE $864,000.00 OF INTERPLEAD FUNDS
TO THE UNITED STATES, AND THE REMAINDER TO THE
KENNETH R. BASSETT TRUST**

The plaintiff, the United States of America, and the Defendants Kenneth Isaacson, Hazel Isaacson, Roberta Doheny, having stipulated and agreed as follows:

1. From the interplead fund that is held by the Court, the amount of $864,000.00 should be released, and a check for that amount should be issued and sent to:

> The United States Treasury
> Tax Division Financial Litigation Unit
> United States Department of Justice
> P.O. Box 310
> Ben Franklin Station
> Washington, D.C. 20044-0310

2. The United States agrees to release all Federal Tax Liens that arose in accord with the assessments against Kenneth Isaacson and Hazel Isaacson for their outstanding federal income tax liabilities, interest, and penalties for the years ending December 31, 1999, and December 31,

2002, within thirty (30) days of the receipt of the $864,000.00.

3. The remaining amount of the interplead fund should be issued to the Kenneth R. Bassett Trust c/o Roberta Doheny, Trustee.

4. On February 28, 2012, the Court ordered that $8,950.00 be released from the Court's registry in the form of a check issued to "Sunset Builders." This check was returned as undeliverable. The parties request that this amount be restored to the registry and that a replacement check in the amount of $8,950.00 be issued to the Kenneth R. Bassett Trust c/o Roberta Doheny, Trustee.

The above referenced checks shall be issued to the parties as set forth above.

**IT IS SO ORDERED:**

May 24, 2012
DATE

Joseph N. Laplante
United States District Judge